Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–17260–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Thomas Phillips
141 Cortland Lane
Bedminster, NJ 07921

Social Security No.:
xxx–xx–1792

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 7/23/19 at 09:00 AM

to consider and act upon the following:

*41* − Creditor's Certification of Default (related document:28 Motion for Relief from Stay re: Lot 82141 CONDO Block 59.23 Commonly Known as 141 Cortland Lane, Bedminster, New Jersey 07921. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004–4, 32 Certificate of Consent filed by Creditor U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004–4, 33 Order (Generic)) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004–4. Objection deadline is 06/7/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 6/11/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court