Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−17260−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Phillips
   141 Cortland Lane
   Bedminster, NJ 07921

Social Security No.:
   xxx−xx−1792

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/23/19 at 09:00 AM

to consider and act upon the following:

*41* − Creditor's Certification of Default (related document:28 Motion for Relief from Stay re: Lot 82141 CONDO Block 59.23 Commonly Known as 141 Cortland Lane, Bedminster, New Jersey 07921. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004−4, 32 Certificate of Consent filed by Creditor U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004−4, 33 Order (Generic)) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004−4. Objection deadline is 06/7/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 6/11/19

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-17260-MBK
Thomas Phillips                                                       Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin            Page 1 of 1         Date Rcvd: Jun 11, 2019
                       Form ID: ntchrgbk       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2019.
db             +Thomas Phillips,    141 Cortland Lane,    Bedminster, NJ 07921-2034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2019 at the address(es) listed below:
     Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
     Albert   Russo    docs@russotrustee.com
     Bruce C. Truesdale    on behalf of Debtor Thomas   Phillips brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com
     Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-4 cwohlrab@logs.com,  njbankruptcynotifications@logs.com
     Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-4 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
     Glenford Washington Warmington    on behalf of Creditor    New Jersey American Water attorneys@lawgapc.com
     Kevin Gordon McDonald    on behalf of Creditor    US Bank National Association, as Trusatee, Successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-4 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
     Michael M Khalil    on behalf of Debtor Thomas   Phillips mkhalil@atrbklaw.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                              TOTAL: 9