UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
US Bank National Association, as Trustee, Successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-4

**Order Filed on August 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Thomas Phillips,

Debtor.

Case No.: 18-17260
Chapter: 13
Judge: Michael B. Kaplan

## ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 12, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Thomas Phillips
Case No: 18-17260 MBK
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, US Bank National Association, as Trustee, Successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-4, Denise Carlon appearing, upon a certification of default as to real property located at 141 Cortland Lane, Bedminster, NJ 07978, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Michael M. Khalil, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of July 17, 2019, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due June 2019 through July 2019 for a total post-petition default of $7,874.46 (2 @ $503.88, $142.72 less suspense); and

It is further **ORDERED, ADJUDGED and DECREED** that the arrears in the amount of $865.04 are to be paid by July 31, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2019, directly to Secured Creditor's servicer, Specialized Loan Servicing, LLC, P.O. Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas Phillips  
      Debtor

Case No. 18-17260-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 13, 2019  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.  
db           +Thomas Phillips,    141 Cortland Lane,    Bedminster, NJ 07921-2034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2019 at the address(es) listed below:

           Albert    Russo     docs@russotrustee.com  
           Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
           Bruce C. Truesdale     on behalf of Debtor Thomas    Phillips brucectruesdalepc@gmail.com,  
            bctpcecf@gmail.com;r49787@notify.bestcase.com  
           Charles G. Wohlrab     on behalf of Creditor    U.S. Bank National Association, as Trustee,  
            successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan  
            Trust 2004-4 cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com  
           Denise E. Carlon     on behalf of Creditor    U.S. Bank National Association, as Trustee, successor  
            in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust  
            2004-4 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Glenford Washington Warmington     on behalf of Creditor    New Jersey American Water  
            attorneys@lawgapc.com  
           Kevin Gordon McDonald     on behalf of Creditor    US Bank National Association, as Trusatee,  
            Successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan  
            Trust 2004-4 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Melissa A Volet, I     on behalf of Creditor    The Cortland mvolet@stark-stark.com  
           Michael M Khalil     on behalf of Debtor Thomas    Phillips mkhalil@atrbklaw.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                            TOTAL: 10