Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650  

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019  
**Chapter 13 Case No. 18-17260 / MBK**

Thomas Phillips

Petition Filed Date: 04/12/2018  
341 Hearing Date: 05/10/2018  
Confirmation Date: 08/28/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2019 | $321.00 | 55077890 | 02/01/2019 | $321.00 | 55838960 | 03/01/2019 | $321.00 | 56628970 |
| 04/08/2019 | $321.00 | 57669760 | 05/20/2019 | $321.00 | 58712230 | 05/30/2019 | $321.00 | 58938700 |
| 06/27/2019 | $321.00 | 59693120 | 07/26/2019 | $321.00 | 60403010 | 08/30/2019 | $321.00 | 61351950 |
| 09/30/2019 | $321.00 | 62099930 | 10/31/2019 | $321.00 | 62910520 | 12/03/2019 | $321.00 | 63681800 |

**Total Receipts for the Period:  $3,852.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $6,657.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Thomas Phillips | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORPORATION<br>»» 2009 TOYOTA COROLLA\ORDER EXPUNGE 9/13/2018 | Debt Secured by Vehicle<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 2 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»» P/141 CORTLAND LANE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | SPECIALIZED LOAN SERVICING LLC<br>»» P/141 CORTLAND LANE/1ST MTG/US BANK | Mortgage Arrears | $13,943.57 | $3,289.03 | $10,654.54 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $732.86 | $0.00 | $732.86 |
| 5 | MIDLAND CREDIT AS AGENT FOR<br>»» SHERMAN/CREDIT ONE | Unsecured Creditors | $789.49 | $0.00 | $789.49 |
| 6 | PINNACLE CREDIT SERVICES, LLC<br>»» VERIZON | Unsecured Creditors | $894.25 | $0.00 | $894.25 |
| 7 | LVNV FUNDING, LLC<br>»» CITIBANK | Unsecured Creditors | $3,523.96 | $0.00 | $3,523.96 |
| 8 | PURCHASING POWER, LLC | Unsecured Creditors | $585.74 | $0.00 | $585.74 |
| 9 | Cortland Condo Association<br>»» P\141 CORTLAND LANE\CONDO LIEN\CRAM | Secured Creditors<br>Hold Funds: Per Plan | $1,296.00 | $0.00 | $1,296.00 |
| 10 | Atlantic Credit and Finance<br>»» JUDGMENT VJ-002385-15\AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | Environmental Disposal Corp<br>»» JUDGMENT DJ-015487-14\AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12 | SANTANDER CONSUMER USA INC<br>»» 2012 NISSAN MURANO/DEF BAL | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 13 | SPECIALIZED LOAN SERVICING  LLC<br>»» 141 CORTLAND LANE/ORDER 8/12/19 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,657.00 | Plan Balance: | $12,908.00 ** |
| Paid to Claims: | $5,639.03 | Current Monthly Payment: | $321.00 |
| Paid to Trustee: | $414.38 | Arrearages: | $321.00 |
| Funds on Hand: | $603.59 | Total Plan Base: | $19,565.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.