| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |

In Re:

THOMAS PHILLIPS
    DEBTOR

Case No.:    18-17260

Chapter:    13

Judge:    Kaplan, Michael B.

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

                                                                           Party's name/type: Specialized Loan Servicing LLC, creditor

(Example: John Smith, creditor)

            Old address:    Specialized Loan Servicing LLC

                            8742 Lucent Blvd, Suite 300

                            Highlands Ranch, CO 80129

            New address:    Specialized Loan Servicing LLC

                            6200 S. Quebec Street

                            Greenwood Village, CO 80111

            New phone no.:n/a
            (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    10/27/2020                                    /s/ Natalie Lea as Authorized Agent for Creditor
                                                                    Signature

*rev.2/1/16*

4128-N-4146