UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STARK & STARK
A Professional Corporation
By: Joseph H. Lemkin, Esq.
993 Lenox Drive, Bldg. 2
P.O. Box 5315
Princeton, New Jersey 08543-5315
(609) 896-9060
Attorneys for Creditor, Cortland Neighborhood Condominium Association

In Re:

Thomas Phillips,

          Debtor.

Case No.:    18-17260
Chapter:    13
Hearing Date:    12/15/20
Judge:    Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Motion for Relief from the Automatic Stay by creditor, Cortland Neighborhood Condominium Association. Order will be submitted.

Date: 12/3/2020

/s/ Joseph H. Lemkin
Signature

*rev.8/1/15*