UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**BRUCE C. TRUESDALE, P.C.**
By: Michael M. Khalil, Esq.
ID # MK 4845
147 Union Ave
Middlesex, NJ 08846
732-302-9600
Attorneys for Debtor

IN RE:

THOMAS PHILLIPS

        Debtor(s).

Order Filed on December 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-17260

Chapter 13

Hearing Date: December 15, 2020

Judge: Michael B. Kaplan

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

    The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: December 23, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re Phillips
Case No: 18-17260
Consent Order Resolving Motion for Stay Relief

---

    **THIS MATTER** having been opened to the Court upon Motion to Vacate Automatic Stay by Cortland Neighborhood Condominium Association ("Movant") and the Debtor having filed opposition thereto, with respect to property known as 141 Cortland Lane, Bedminster, New Jersey 08807, and the Court noting the consent of the parties to the form, substance and entry of the within Order, and for good cause shown, it is hereby **ORDERED** as follows:

1) Debtor shall tender a sum of $7,522.00 directly to Movant immediately upon entry of this Order. Upon receipt of these funds Debtor's account shall be deemed current through and including December 31, 2020.

2) Movant shall be permitted to file a priority unsecured proof of claim in the amount of $1,296.00. This proof of claim shall be deemed timely and eligible for distributions from the Standing Chapter 13 Trustee only if it conforms with the limitations specified herein. The Movant shall require the written consent of the Debtor to amend their proof of claim. This proof of claim is deemed consistent with the Debtor's confirmed chapter 13 plan.

3) Should the Debtor fail to make any of the above referenced payments, or if any future association dues payments are more than fifteen (15) days late, counsel for the Movant shall file a Certification of Default with the Court for the entry of an order granting relief from the automatic stay. A copy of the Certification shall be served on the Debtor, Debtor's Counsel and the Standing Chapter 13 Trustee.

4) Creditor's attorney is awarded attorney's fees of $350.00, and costs of $181.00. The fees and costs are payable through the Chapter 13 plan.

5) The United States Bankruptcy Court for the District of New Jersey shall retain all jurisdiction as to this Order and its enforcement.

The undersigned hereby consent to the form and entry of the foregoing order

/s/ Michael M. Khalil, Esq.
Michael M. Khalil, Esq.
*Attorney for Debtor*

Dated: 12/16/2020

/s/ Joseph Lemkin, Esq.
Joseph Lemkin, Esq.
*Attorney for Creditor*

Dated: 12/16/2020

United States Bankruptcy Court<br>District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-17260-MBK |
| Thomas Phillips | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 28, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thomas Phillips, 141 Cortland Lane, Bedminster, NJ 07921-2034 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2020          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Thomas Phillips brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-4 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 28, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Glenford Washington Warmington
    on behalf of Creditor New Jersey American Water attorneys@lawgapc.com

John R. Morton, Jr.
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Joseph H. Lemkin
    on behalf of Creditor The Cortland jlemkin@stark-stark.com

Kevin Gordon McDonald
    on behalf of Creditor US Bank National Association  as Trusatee, Successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-4 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Melissa A Volet, I
    on behalf of Creditor The Cortland mvolet@stark-stark.com

Michael M Khalil
    on behalf of Debtor Thomas Phillips mkhalilecf@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12