Form G-15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey (Trenton)
### CHANGE OF ADDRESS – **CREDITOR**

If completed by an attorney, this form must be filed electronically in CM/ECF.

This form cannot be used to change the name of a creditor.

In re: Thomas Phillips

Case Number: 18-17260

Chapter: 13

Check which type of address change is being requested:

☐ Notice only   ☐ Payment only   ☑ Notice & Payment

Creditor's Name: Purchasing Power, LLC

Enter related claim number(s) if any: 8-1    Dollar Amount: $ 585.74

**Previous Notice Address:**

Bankruptcy Department
1349 West Peachtree Street NW
Suite 1100
Atlanta, GA 30309

**New Notice Address:**

Bankruptcy Department
2727 Paces Ferry Road, SE
Building 2, Suite 1200
Atlanta, GA 30339

**Previous Payment Address:**

Bankruptcy Department
2727 Paces Ferry Road, SE
Building 2, Suite 1200
Atlanta, GA 30339

**New Payment Address:**

Purchasing Power LLC
Bankruptcy Department
P.O. Box 745857
Atlanta, GA 30374-5857

Change requested by: Seprina-Renee Thomas, Bankruptcy Paralegal
(Printed name and title)

Mailing Address:   Purchasing Power, LLC
Bankruptcy Department
2727 Paces Ferry Road, SE
Building 2, Suite 1200
Atlanta, GA 30339

FILED
JEANNE A. NAUGHTON, CLERK
FEB - 3 2021
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

Creditor Phone Number: 404-602-1489

Creditor Email Address: bankruptcy@purchasingpower.com

Signature and Date _Seprina Renee Thomas_  1/26/21

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/24/19



**PURCHASING POWER**

2727 Paces Ferry Road SE, Building 2, Suite 1200
Atlanta, GA 30339

U.S. Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608



ZIP 30339
02 4W
0000366995 JAN 26 2021
U.S. POSTAGE » PITNEY BOWES
$ 000.51⁰