| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-17260 / MBK**

Thomas Phillips

Petition Filed Date: 04/12/2018
341 Hearing Date: 05/10/2018
Confirmation Date: 08/28/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $321.00 | 64454050 | 02/06/2020 | $321.00 | 65413270 | 03/02/2020 | $321.00 | 66081730 |
| 04/13/2020 | $321.00 | 67010710 | 05/08/2020 | $321.00 | 67772260 | 06/08/2020 | $321.00 | 68499290 |
| 07/13/2020 | $321.00 | 69322720 | 08/12/2020 | $321.00 | 70083090 | 09/14/2020 | $321.00 | 70830740 |
| 10/19/2020 | $321.00 | 71640200 | 12/01/2020 | $321.00 | 72706290 | 12/29/2020 | $321.00 | 73372110 |
| 02/02/2021 | $321.00 | 74192340 | | | | | | |

**Total Receipts for the Period: $4,173.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,188.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Thomas Phillips | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORPORATION<br>»» 2009 TOYOTA COROLLA\ORDER EXPUNGE 9/13/2018 | Debt Secured by Vehicle<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 2 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»» P/141 CORTLAND LANE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | SPECIALIZED LOAN SERVICING  LLC<br>»» P/141 CORTLAND LANE/1ST MTG/US BANK | Mortgage Arrears | $13,943.57 | $5,281.91 | $8,661.66 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $732.86 | $0.00 | $732.86 |
| 5 | MIDLAND CREDIT  AS AGENT FOR<br>»» SHERMAN/CREDIT ONE | Unsecured Creditors | $789.49 | $0.00 | $789.49 |
| 6 | PINNACLE CREDIT SERVICES, LLC<br>»» VERIZON | Unsecured Creditors | $894.25 | $0.00 | $894.25 |
| 7 | LVNV FUNDING, LLC<br>»» CITIBANK | Unsecured Creditors | $3,523.96 | $0.00 | $3,523.96 |
| 8 | PURCHASING POWER LLC | Unsecured Creditors | $585.74 | $0.00 | $585.74 |
| 9 | THE CORTLAND NEIGHBORHOOD CONDO ASSO<br>»» 141 CORTLAND LN/CONDO LIEN/CRAM/ORDER12/23/20 | Priority Creditors | $1,296.00 | $484.26 | $811.74 |
| 10 | Atlantic Credit and Finance<br>»» JUDGMENT VJ-002385-15\AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | Environmental Disposal Corp<br>»» JUDGMENT DJ-015487-14\AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-17260 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | SANTANDER CONSUMER USA INC<br>»» 2012 NISSAN MURANO/DEF BAL | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 13 | SPECIALIZED LOAN SERVICING LLC<br>»» 141 CORTLAND LANE/ORDER 8/12/19 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 14 | Credit Acceptance Corporation<br>»» 2013 HYUNDAI SONATA/ATTY FEES 5/5/20 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |
| 15 | THE CORTLAND NEIGHBORHOOD CONDO ASSO<br>»» 141 CORTLAND LN/CONDO ASSOC/ATTY FEE 12/23/20 ORD | Priority Crediors | $531.00 | $531.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,188.00 | Plan Balance: | $10,557.00 ** |
| Paid to Claims: | $9,178.17 | Current Monthly Payment: | $321.00 |
| Paid to Trustee: | $708.41 | Arrearages: | $642.00 |
| Funds on Hand: | $301.42 | Total Plan Base: | $20,745.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.