UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : Credit Acceptance Corporation
Our File No.: 52408
JM-5630

**Order Filed on April 26, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Thomas Phillips

| | |
|---|---|
| Case No.: | 18-17260 |
| Hearing Date: | |
| Judge: | MBK |
| Chapter: | 13 |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☑ Followed | ☐ Modified |

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 26, 2021**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____ Credit Acceptance Corporation _____ , under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is

vacated to permit the movant to pursue the movant's rights in the personal property described below to

the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏        Real property more fully described as:

☑        Personal property more fully described as:

    2013 Hyundai Sonata
    Vehicle Identification Number
    5NPEB4AC0DH523480

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-17260-MBK

Thomas Phillips                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 26, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

**Recip ID          Recipient Name and Address**
db                  + Thomas Phillips, 141 Cortland Lane, Bedminster, NJ 07921-2034

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:**

**Name**                              **Email Address**

Albert Russo
                    docs@russotrustee.com

Albert Russo
                    on behalf of Trustee Albert Russo docs@russotrustee.com

Bruce C. Truesdale
                    on behalf of Debtor Thomas Phillips brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com

Denise E. Carlon
                    on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association,
                    as Trustee for GSMPS Mortgage Loan Trust 2004-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
                    on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association,
                    as Trustee for GSMPS Mortgage Loan Trust 2004-4 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Glenford Washington Warmington

District/off: 0312-3                      User: admin                                      Page 2 of 2

Date Rcvd: Apr 26, 2021                   Form ID: pdf903                               Total Noticed: 1

                          on behalf of Creditor New Jersey American Water attorneys@lawgapc.com

John R. Morton, Jr.

                          on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Joseph H. Lemkin

                          on behalf of Creditor The Cortland jlemkin@stark-stark.com

Kevin Gordon McDonald

                          on behalf of Creditor US Bank National Association  as Trusatee, Successor in interest to Wachovia Bank, National Association,
                          as Trustee for GSMPS Mortgage Loan Trust 2004-4 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Melissa A Volet, I

                          on behalf of Creditor The Cortland mvolet@stark-stark.com

Michael M Khalil

                          on behalf of Debtor Thomas Phillips mkhalilecf@gmail.com

U.S. Trustee

                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12