Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−17260−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Phillips
   141 Cortland Lane
   Bedminster, NJ 07921

Social Security No.:
   xxx−xx−1792

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/14/21 at 09:00 AM

to consider and act upon the following:

*69* − Creditor's Certification of Default (related document:46 Order (Generic)) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 06/21/2021. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Certification of Default # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 6/17/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court