UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Specialized Loan Servicing, LLC as*
*servicer for US Bank National Association, as*
*Trustee, Successor in Interest to Wachovia Bank,*
*National Association, as Trustee for GSMPS*
*Mortgage Loan Trust 2004-4*

Chapter 13

Case No. 18-17260-MBK

In re:

Thomas Phillips

                Debtor.

Hearing Date: July 14, 2021

Chief Judge Michael B. Kaplan

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

I certify that with respect to the Consent Order Resolving Certification of Default ("Consent Order") submitted to the Court and agreed to by Specialized Loan Servicing LLC as servicing agent for GSMPS Mortgage Loan Trust 2004-4, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee ("Creditor") and the Debtor, the following conditions have been met:

(a)   The terms of the Consent Order are identical to those set forth in the original consent order;

(b)   The signatures represented by the /s/_____ on the Consent Order reference the signatures of consenting parties obtained on the original Consent Order;

(c)   I will retain the original Consent Order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d)   I will make the original Consent Order available for inspection on request of the Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

Stewart Legal Group, P.L.
Attorney for Specialized Loan Servicing LLC as servicing
agent for GSMPS Mortgage Loan Trust 2004-4, U.S. Bank
National Association, as Trustee, successor in interest to
Wachovia Bank, National Association, as Trustee

Dated: July 15, 2021          By: */s/Gavin N. Stewart*
                                   Gavin N. Stewart, Esq.