UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with
D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Specialized Loan Servicing, LLC as
servicer for US Bank National Association, as
Trustee, Successor in Interest to Wachovia Bank,
National Association, as Trustee for GSMPS
Mortgage Loan Trust 2004-4*

In re:

Thomas Phillips

                              Debtor.

Order Filed on July 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 18-17260-MBK

Hearing Date: July 14, 2021

Chief Judge Michael B. Kaplan

**CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 23, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:            Thomas Phillips
Case No.:          18-17260-MBK
Caption of Order:  **CONSENT ORDER RESOLVING CERTIFICATION OF
                   DEFAULT**

THIS MATTER having been opened to the Court upon the Certification of Default
("COD") filed by Specialized Loan Servicing LLC as servicing agent for GSMPS Mortgage Loan
Trust 2004-4, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank,
National Association, as Trustee ("Creditor"), whereas the post-petition arrearage was $1,865.80,
as of July 13, 2021, and whereas the Debtor and Creditor seek to resolve the COD, it is hereby
**ORDERED**:

1.      The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to
Creditor's interest in the following property: **141 Cortland Lane, Bedminster, New Jersey 07921**
("Property") provided that the Debtor complies with the following:

   a.   The Debtors shall cure the post-petition arrearage above by remitting a lump sum
        payment in the amount of $1,865.80 directly to Creditor on or before July 27, 2021;
        and

   b.   The Debtors shall resume making the regular monthly payments to Creditor as they
        become due beginning with the August 1, 2021 payment.

2.      All direct payments due hereunder not otherwise paid by electronic means and/or
automatic draft, shall be sent directly to Creditor at the following address: **Specialized Loan
Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111**.

3.      The Debtor will be in default under the Consent Order in the event that the Debtor
fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the
Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4.      If the Debtor fails to pay either the arrears and/or the contractual payments due to Creditor, and the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5.      Creditor is awarded reimbursement of attorney fees in the amount of $250.00 to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

/s/ *Michael M. Khalil, Esq.*
_____
Michael M Khalil, Esq.
Bruce C. Truesdale, P.C.
147 Union Ave, Suite 1e
Middlesex, NJ 08846
*Counsel to Debtor*

/s/ *Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel to Creditor*

United States Bankruptcy Court

District of New Jersey

| In re: | | Case No. 18-17260-MBK |
|---|---|---|
| Thomas Phillips | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 23, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thomas Phillips, 141 Cortland Lane, Bedminster, NJ 07921-2034 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2021                           Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Thomas Phillips brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-4 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | |

District/off: 0312-3                           User: admin                                  Page 2 of 2
Date Rcvd: Jul 23, 2021                        Form ID: pdf903                              Total Noticed: 1

                                               on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Glenford Washington Warmington
          on behalf of Creditor New Jersey American Water attorneys@lawgapc.com

John R. Morton, Jr.
          on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Joseph H. Lemkin
          on behalf of Creditor The Cortland jlemkin@stark-stark.com

Kevin Gordon McDonald
          on behalf of Creditor US Bank National Association  as Trusatee, Successor in interest to Wachovia Bank, National Association,
          as Trustee for GSMPS Mortgage Loan Trust 2004-4 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Melissa A Volet, I
          on behalf of Creditor The Cortland mvolet@stark-stark.com

Michael M Khalil
          on behalf of Debtor Thomas Phillips mkhalilecf@gmail.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13