Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17260−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Phillips
   141 Cortland Lane
   Bedminster, NJ 07921

Social Security No.:
   xxx−xx−1792

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:   1/12/22
Time:   01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Bruce C. Truesdale, Debtor's Attorney

COMMISSION OR FEES
fee: $3105.00

EXPENSES
$35.85

If this is a chapter 13 case, the fees and expenses awarded:

   ☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

   ☑   will reduce the amount to be paid to general unsecured creditors under the plan as follows: reduced pro−rata dividend to general unsecured creditors

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 14, 2021
JAN:

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                        Case No. 18-17260-MBK
Thomas Phillips                                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 4
Date Rcvd: Dec 14, 2021        Form ID: 137        Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas Phillips, 141 Cortland Lane, Bedminster, NJ 07921-2034 |
| cr | + | New Jersey American Water, Griffin Alexander, P.C., 415 Route 10, 2nd Floor, Randolph, NJ 07869-2100 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | | The Cortland, Stark & Stark, A Professional Corporatio, c/o Melissa A. Volet, Esquire, PO Box 5315, Princeton, NJ 08543-5315 |
| 517449748 | | AT&T Mobility, c/o Sunrise Credti Services, PO Box 9100, Farmingdale, NY 11735-9100 |
| 517449747 | + | Associated Retinal Consultants LLC, PO Box 14099, Belfast, ME 04915-4034 |
| 517449750 | + | Basking Ridge Pediatric Dentistry, LLC, Dr Tina Nguyen, 25 Mountainview Blvd, Suite 201, Basking Ridge, NJ 07920-3453 |
| 517449752 | #+ | Central Jersey Eye Associates, 56 Union Avenue, Somerville, NJ 08876-2000 |
| 517449753 | | Chase Receivables, PO Box 659, Caldwell, NJ 07007-0659 |
| 517449754 | + | Cortland Condo Association, 80 S Jefferson Road, 2nd Floor, Whippany, NJ 07981-1056 |
| 517449758 | + | E-ZPass NJ Violations Processing, P.O. Box 52005, Newark, NJ 07101-8205 |
| 517449759 | + | Environmental Disposal Corp, 415 Route 10 Suite 6-8, Randolph, NJ 07869-2100 |
| 517449760 | + | First Source Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 517690039 | + | New Jersey American Water f/k/a Environmental Disp, Griffin Alexander, P. C., 415 Route 10, 2nd Floor, Randolph, NJ 07869-2100, Attn: David L. Dockery, Esq. |
| 517449763 | | Pruchasing Power, LLC, c/o Transworld Systems, PO Box 15095, Wilmington, DE 19850-5095 |
| 517449767 | | RWJ Physician Enterprise PA, PO Box 826405, Philadelphia, PA 19182-6405 |
| 517449769 | | Shapiro & DeNardo LLC, 1400 Commerce Parkway, Suite B, Mount Laurel, NJ 08054 |
| 518138494 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517449770 | + | Sterling Credit Corp, PO Box 675, Spring House, PA 19477-0675 |
| 519081206 | | The Cortland Neighborhood Condominium Association,, c/o Melissa A. Volet, Esquire, Stark & Stark, A Professional Corporatio, PO Box 5315, Princeton, NJ 08543-5315 |
| 517449772 | + | Tower Federal Credit Union, c/o AP Account Services, LLC, 9311 San Pedro Ave, Suite 600, San Antonio, TX 78216-4459 |
| 519285974 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 517528581 | #+ | U.S. Bank National Association, as Trustee, succes, Wells Fargo Bank, NA, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road Eagan, MN 55121-1663 |
| 517449773 | | US Asset Management, c/o EOS CCA, PO Box 981002, Boston, MA 02298-1002 |
| 517449776 | + | Verizon Wireless, c/o Pinnacle LLC/Resurgent, PO Box 10497, Greenville, SC 29603-0497 |
| 517449778 | + | Wells Fargo Home Mortgage, P.O. Box 14547, Des Moines, IA 50306-3547 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 14 2021 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 14 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 18-17260-MBK    Doc 77    Filed 12/16/21    Entered 12/17/21 00:11:55    Desc Imaged
                                 Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: 137 | Total Noticed: 51 |

| Recip ID | | Notice Type | Date | Recipient |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@purchasingpower.com | Dec 14 2021 20:34:00 | Purchasing Power, LLC, 2727 Paces Ferry Road, SE, Building 2, Suite 1200, Atlanta, GA 30339-6143 |
| 517449746 | + | Email/Text: bankruptcycare@affinityfcu.com | Dec 14 2021 20:34:00 | Affinity FCU*, 73 Mountain View Blvd, Basking Ridge, NJ 07920-2332 |
| 517449749 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 14 2021 20:34:00 | Atlantic Credit and Finance, PO BOX 13386, Roanoke, VA 24033-3386 |
| 517467838 | | Email/Text: ebnnotifications@creditacceptance.com | Dec 14 2021 20:34:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFIELD , MI 48034 |
| 517449751 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2021 20:52:23 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517541459 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2021 20:52:23 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517449755 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 14 2021 20:34:00 | Credit Acceptance Corp, PO Box 551888, Detroit, MI 48255-1888 |
| 517449745 | | Email/Text: ebnnotifications@creditacceptance.com | Dec 14 2021 20:34:00 | Credit Acceptance Corp, PO Box 5070, Southfield, MI 48086-5070 |
| 517449756 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 14 2021 20:52:32 | Credit One Bank, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517449760 | + | Email/Text: crdept@na.firstsource.com | Dec 14 2021 20:34:00 | First Source Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 517605204 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2021 20:52:25 | LVNV Funding LLC C/O Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 517449761 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 14 2021 20:34:00 | Midland Credit Management*, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2709 |
| 517549975 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 14 2021 20:34:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517598577 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2021 20:52:25 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517606001 | + | Email/Text: bankruptcy@purchasingpower.com | Dec 14 2021 20:34:00 | Purchasing Power, LLC, Bankruptcy Department, 2727 Paces Ferry Road, SE, Building 2, Suite 1200, Atlanta, GA 30339-6143 |
| 517449766 | + | Email/Text: bkrpt@retrievalmasters.com | Dec 14 2021 20:34:00 | RMCB, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517449764 | + | Email/Text: Supportservices@receivablesperformance.com | Dec 14 2021 20:34:00 | Receivables Performance*, 20816 44th Avenue W, Lynnwood, WA 98036-7744 |
| 517449768 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 14 2021 20:34:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 518038731 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 14 2021 20:34:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 517449771 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 20:52:31 | Syncb/Home Design HVAC, PO Box 965036, Orlando, FL 32896-5036 |
| 517452318 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 20:52:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517449774 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 14 2021 20:52:38 | US Dept of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 517449775 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 14 2021 20:34:00 | Verizon, 500 Technology Dr, Suite 300, Weldon Spring, MO 63304-2225 |
| 517449777 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |

Case 18-17260-MBK    Doc 77    Filed 12/16/21    Entered 12/17/21 00:11:55    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: 137 | Total Noticed: 51 |

| | | Dec 14 2021 20:34:00 | Wells Fargo Bank, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518138495 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517449757 | ## | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |
| 517449762 | ##+ | Ophthalmic Consultants of Somerset, Eye, 515 Church Street, Suite 4, Bound Brook, NJ 08805-1743 |
| 517449765 | ##+ | Retro Fitness- Manville, c/o First Credit Services, INc., 377 Hoes Lane, Suite 200, Piscataway, NJ 08854-4155 |

TOTAL: 0 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Thomas Phillips brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-4 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Glenford Washington Warmington | on behalf of Creditor New Jersey American Water attorneys@lawgapc.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Joseph H. Lemkin | on behalf of Creditor The Cortland jlemkin@stark-stark.com |
| Kevin Gordon McDonald | |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Dec 14, 2021 | Form ID: 137 | Total Noticed: 51

    on behalf of Creditor US Bank National Association as Trusatee, Successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-4 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Melissa A Volet, I
    on behalf of Creditor The Cortland mvolet@stark-stark.com

Michael M Khalil
    on behalf of Debtor Thomas Phillips mkhalilecf@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13