| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 18-17260 / MBK

Thomas Phillips

Petition Filed Date: 04/12/2018
341 Hearing Date: 05/10/2018
Confirmation Date: 08/28/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/02/2021 | $321.00 | 74192340 | 02/25/2021 | $321.00 | 74749430 | 03/10/2021 | $321.00 | 75156790 |
| 04/09/2021 | $321.00 | 75895070 | 05/04/2021 | $321.00 | 76492300 | 06/09/2021 | $321.00 | 77326550 |
| 07/13/2021 | $321.00 | 78069500 | 08/16/2021 | $321.00 | 78803820 | 08/27/2021 | $321.00 | 79052230 |
| 09/13/2021 | $321.00 | 79430660 | 10/13/2021 | $321.00 | 80067960 | 11/08/2021 | $321.00 | 80692750 |
| 12/08/2021 | $321.00 | 81336830 | 01/11/2022 | $321.00 | 82045370 | | | |

**Total Receipts for the Period: $4,494.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,361.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Thomas Phillips | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORPORATION<br>»» ORDER EXPUNGE 9/13/2018 | Debt Secured by Vehicle<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 2 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»» P/141 CORTLAND LANE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | SPECIALIZED LOAN SERVICING LLC<br>»» P/141 CORTLAND LANE/1ST MTG/US BANK | Mortgage Arrears | $13,943.57 | $8,600.79 | $5,342.78 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $732.86 | $0.00 | $732.86 |
| 5 | MIDLAND CREDIT AS AGENT FOR<br>»» SHERMAN/CREDIT ONE | Unsecured Creditors | $789.49 | $0.00 | $789.49 |
| 6 | PINNACLE CREDIT SERVICES, LLC<br>»» VERIZON | Unsecured Creditors | $894.25 | $0.00 | $894.25 |
| 7 | LVNV FUNDING, LLC<br>»» CITIBANK | Unsecured Creditors | $3,523.96 | $0.00 | $3,523.96 |
| 8 | PURCHASING POWER LLC | Unsecured Creditors | $585.74 | $0.00 | $585.74 |
| 9 | THE CORTLAND NEIGHBORHOOD CONDO ASSO<br>»» 141 CORTLAND LN/CONDO LIEN/CRAM/ORDE 12/23/20 | Priority Crediors | $1,296.00 | $484.26 | $811.74 |
| 10 | Atlantic Credit and Finance<br>»» JUDGMENT VJ-002385-15\AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | Environmental Disposal Corp<br>»» JUDGMENT DJ-015487-14\AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-17260 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | SANTANDER CONSUMER USA INC<br>»» 2012 NISSAN MURANO/DEF BAL | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 13 | SPECIALIZED LOAN SERVICING  LLC<br>»» 141 CORTLAND LANE/ORDER 8/12/19 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 14 | Credit Acceptance Corporation<br>»» 2013 HYUNDAI SONATA/ATTY FEES 5/5/20 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |
| 15 | THE CORTLAND NEIGHBORHOOD CONDO ASSO<br>»» 141 CORTLAND LN/CONDO ASSOC/ATTY FEE 12/23/20 ORD | Priority Creditors | $531.00 | $531.00 | $0.00 |
| 16 | SPECIALIZED LOAN SERVICING  LLC<br>»» P/141 CORTLAND LN/1ST MTG/ATTY FEES 7/23/21 CONS ORD | Mortgage Arrears | $250.00 | $250.00 | $0.00 |
| 17 | CREDIT ACCEPTANCE CORPORATION<br>»» 2013 HYUNDAI SONATA/SV 4/26/2021;DEF BAL | Unsecured Creditors | $4,175.40 | $0.00 | $4,175.40 |
| 0 | BRUCE C TRUESDALE ESQ<br>»» ORDER 1/12/22 | Attorney Fees | $3,140.85 | $294.04 | $2,846.81 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,361.00 | Plan Balance: | $10,152.00 ** |
| Paid to Claims: | $13,041.09 | Current Monthly Payment: | $582.00 |
| Paid to Trustee: | $1,025.87 | Arrearages: | $582.00 |
| Funds on Hand: | $294.04 | Total Plan Base: | $24,513.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more  information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.