UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

BRUCE C TRUESDALE ESQ
STE 1E
147 UNION AVE
MIDDLESEX, NJ 08846
Attorney for Debtor(s)

In re:

Thomas Phillips

Debtor(s)

Case No. 18-17260 / MBK

Judge: Honorable Michael B. Kaplan

Chapter 13

### APPLICATION FOR ORDER TO RE-CAPITALIZE DEBTOR(S) PLAN PAYMENTS TO TRUSTEE

The debtor(s) hereby request(s) this application for the entry of an Order to Re-Capitalize Plan Payments to the Trustee, submitted under the Seven (7) Day Rule, for the reason's set forth below:

1. The debtor(s) filed a Chapter 13 Petition on 04/12/2018.

2. By Order Confirming Plan or Modified Plan dated 9/12/18, the debtor(s) plan payments were set or modified as follows:
   $1200.00 paid to date plus $321.00 for 56 months
   Plan payments were thereafter modified by fee order to $582.00

3. As a result of adjustments to the debtor(s) account, the plan payments made to date will not satisfy the plan within the confirmed time period.

4. The parties hereby agree and consent to the following payment schedule for debtor(s) plan payments to the trustee:
   - $16,689.00 paid to date (49 month[s])
   - $712.00 for 11 month[s] beginning 6/1/22

5. This re-capitalization of the debtor(s) plan payments to the trustee does not adversely affect creditors.

6. The debtor(s) has the consent of the Trustee to request this re-capitalization.

WHEREFORE, the applicant requests the entry of the enclosed Order to Re-Capitalize Debtor(s) Plan Payments to the Trustee under the Seven (7) Day Rule.

Dated: 6/15/2022

_____
BRUCE C TRUESDALE ESQ