**CURCIO MIRZAIAN SIROT LLC**
5 Becker Farm Road, Suite 406
Roseland, NJ 07068
(973) 226-4534
Attorneys for Cortland Neighborhood Condominium Association, Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>THOMAS PHILLIPS,<br><br>               Debtor. | CASE NO: 18-17260-MBK<br><br>CHAPTER 13 |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF ATTORNEY**

**PLEASE TAKE NOTICE**, that the undersigned, attorneys for Cortland Neighborhood Condominium Association, Inc. hereby request that all notices to be given or required to be served in this case, be given and served upon the following:

Jeffrey A. Sirot, Esq.
Curcio Mirzaian Sirot LLC
5 Becker Farm Road, Suite 406
Roseland, NJ 07068

Tel: (973) 226-4534
Fax: (973) 226-4535

**PLEASE TAKE FURTHER NOTICE,** that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices regarding any Applications, Motions, Petitions, pleadings, legal memoranda, Complaints, or demands transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, telecopy or otherwise which affect the Debtor.

1

2

**PLEASE TAKE FURTHER NOTICE,** that the foregoing demand shall also include, without limitation, all Orders and notices regarding any Applications, Motions, Petitions, pleadings, legal memoranda, Complaints or demands filed in any Adversary Proceedings either preceding or subsequent to the date of this Notice which affect the Debtor or property of the Debtor.

                                                   **CURCIO MIRZAIAN SIROT LLC**
                                                   Attorneys for Cortland Neighborhood
                                                   Condominium Association, Inc.

                                                   By: _____
                                                         JEFFREY A. SIROT, ESQ.

Dated: June 22, 2022